IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR120 |
| vs. | ORDER |
| DRE'SHAUN E. BURNS, | |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Yvonne D. Sosa and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Dre'Shaun E. Burns. (Filing No. 21). Yvonne D. Sosa represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Yvonne D. Sosa and the Office of the Federal Public Defender's motion to withdraw (Filing No. 21) was granted (Filing No. 22).

Julie A. Frank, 209 South 19th Street, Suite 323c, Omaha, NE 68102, (402) 346-2215, is appointed to represent Dre'Shaun E. Burns for the balance of these proceedings pursuant to the Criminal Justice Act. Yvonne D. Sosa shall forthwith provide Julie A. Frank with the discovery materials provided the defendant by the government and such other materials obtained by Yvonne D. Sosa which are material to Dre'Shaun E. Burns' defense.

**IT IS SO ORDERED.**

Dated this 12th day of July, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge