IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DRE'SHAUN E. BURNS,<br><br>　　　　　　Defendant. | 8:23CR120<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 89). The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On November 12, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 61) forfeiting defendant Dre'Shaun E. Burns's ("Burns") interest in $28,000 in United States currency seized from 2716 Crown Point Avenue, Omaha, Nebraska, on June 16, 2022.

　　　　2.　　Gregory McDougle-Burns ("McDougle-Burns"), brother of Burns, filed a claim for $25,500 in United States currency.

　　　　3.　　A civil case regarding McDougle-Burns' claim was filed, *United States of America v. $25,500*, 8:22CV370.

　　　　4.　　The remaining $2,500 in United States currency not subject to McDougle-Burns' claim was administratively forfeited on April 20, 2023.

　　　　5.　　A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 13, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 3, 2025. (Filing No. 88).

6. On August 19, 2025, an ancillary hearing was held regarding McDougle-Burns' claim for the $25,500 in United States currency.

7. On August 27, 2025, a Memorandum and Order (Filing No. 41) was filed in *United States of America v. $25,500*, 8:22CV370, denying McDougle-Burns' claim for the $25,500 in United States currency.

8. The government advises the Court that no other party has filed a petition regarding the $25,500 in United States currency. From a review of the Court file, the Court finds that no other person or entity has filed a petition.

9. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 89) is granted.

2. All right, title and interest in and to the $25,500 in United States currency seized from 2716 Crown Point Avenue, Omaha, Nebraska, on June 16, 2022, held by any person or entity are forever barred and foreclosed.

3. The $25,500 in United States currency is forfeited to the government.

4. The government is directed to dispose of the $25,500 in United States currency in accordance with law.

Dated this 3rd day of September 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Court Judge
